| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Suko, Lonny R | 2. Court or Organization<br><br>U.S. District Court, EDWA | 3. Date of Report<br><br>4/25/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>P.O. Box 2726<br>Yakima, WA 98907-2726 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Advisory Council Member (non-compensated) | College of Liberal Arts, Washington State University; beginning 9/00 |
| 2. | Trustee (non-compensated) | Washington Education Foundation (non-profit organization); beginning approximately 11/01/01. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |

RECEIVED May 2 2 27 PM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>· (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.    2004 | Part-time self employment as guardian ad litem |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1.    Wash. Education Foundation | Lodging and meals provided directly by non-profit organization during attendance at board meetings held in Issaquah, WA, on 5/25/04 and Western Wash. on 9/15 & 9/16, 2004. Total value estimated at $450. |
| 2. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wash. Mutual Savings Bank, Yakima, WA (Savings) | A | Interest | K | T | | | | | |
| 2. Raleigh Energy Corp. | | None | J | W | | | | | |
| 3. American Bar Endowment | E | Dividend/Int | P1 | T | | | | | |
| 4. Shearson Fundamental Value Fund (IRA) (proceeds to Wachovia for replacement IRA) | B | Dividend/Int | | | Sold | 8/04 | L | | |
| 5. US Bank, Yakima, WA | A | Intereset | K | T | | | | | |
| 6. Union Elevator & Warehouse Company (Stock) | A | Dividend | J | W | | | | | |
| 7. American Express Bond Fund | A | Interest | K | T | | | | | |
| 8. King County, Washington Municipal Bond | A | Interest | J | T | | | | | |
| 9. Oppenheimer Main (IRA) (proceeds to Wachovia for replacement IRA) | A | Dividend/Int | | | Sold | 8/11 | K | | |
| 10. Merrill Lynch Money Mkt Fund (proceeds transferred to Wachovia for invest.) | A | Dividend | | | Sold | 8/20 | J | | |
| 11. Bank of America Investment Services* | | | | | Sold | 2002 | J | | |
| 12. Hawaii State DPT Bond | A | Dividend | | | Sold | 8/20 | J | | |
| 13. Real property in Yakima held with others | E | Rent | M | W | | | | | |
| 14. Land in Grant/Adams Counties-held with others | A | Rent | K | W | | | | | |
| 15. J.P. Morgan | A | Interest | J | T | | | | | |
| 16. Washington Mutual Bond | A | Dividend | | | Sold | 8/20 | J | A | |
| 17. Equitable | A | Interest | K | T | | | | | |
| 18. Grant Co. PUD Bond | A | Interest | | | Sold | 8/20 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

*This money market savings account technically exempt from disclosure, was sold in 2002 and listed by error in 2003 filing.

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Alleghany County Pennsylvania Bond | A | Interest | | | Sold | 8/20 | K | A | |
| 20. Merrill Lynch S&P Index Fund (IRA) (proceeds to Wachovia for replacement IRA) | A | Interest | | | Sold | 8/11 | K | | |
| 21. Smith Barney Fundamental Value Fund (IRA) (proceeds to Wachovia for repl. IRA) | A | Interest | | | Sold | 8/11 | K | E | |
| 22. Lord Abbett Large Cap. Eq. V Fund (See Note #1, Part VIII) | B | Interest/Div | | | | | | | |
| 23. -Bank of New York, Inc. | | | | | Sold | 8/20 | J | | |
| 24. -Deere & Co. (stock now held individually) | | | J | T | | | | | |
| 25. -Disney Walt Prod. | | | | | Sold | 8/20 | J | | |
| 26. -Illinois Tool WKS, Inc. | | | | | Sold | 8/20 | J | A | |
| 27. -International Paper Co. | | | | | Sold | 8/20 | J | A | |
| 28. -Merck & Co., Inc. | | | | | Sold | 8/20 | J | | |
| 29. -Pepsico, Inc. | | | | | Sold | 8/20 | J | A | |
| 30. -Schering Plough Corp. | | | | | Sold | 8/20 | J | | |
| 31. -Union Pac. Corp. | | | | | Sold | 8/20 | J | | |
| 32. -Apple Computer, Inc. | | | | | Sold | 8/20 | J | B | |
| 33. -Limited, Inc. | | | | | Sold | 3/22 | J | | |
| 34. -Tribune, Co. | | | | | Sold | 8/20 | J | | |
| 35. -Bowater, Inc. | | | | | Sold | 1/29 | J | | |
| 36. -GAP, Inc. | | | | | Sold | 8/20 | J | A | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. -Baker Hughes, Inc. | | | | | Sold | 8/20 | J | A | |
| 38. -Staples, Inc. | | | | | Sold | 4/2 | J | | |
| 39. -Potash Corp. Sask, Inc. | | | | | Sold | 8/20 | J | | |
| 40. -Viacom, Inc. | | | | | Sold | 8/20 | J | | |
| 41. -SBC Communications, Inc. | | | | | Sold | 8/20 | J | | |
| 42. -Waste Management Inc. | | | | | Sold | 8/20 | J | | |
| 43. -Bank One Corp. (See Note #2, Part VIII) | | | | | Sold | 2003 | J | | |
| 44. -Citigroup, Inc. (See Note #2, Part VIII) | | | | | Sold | 2003 | J | | |
| 45. -Wells Fargo* | | | J | T | | | | | |
| 46. -Alcoa, Inc. | | | | | Sold | 8/20 | J | A | |
| 47. -Xerox Corp. | | | | | Sold | 8/20 | J | A | |
| 48. -Mellon Fin. Corp. | | | | | Sold | 8/20 | J | A | |
| 49. -FleetBoston Financial Corp. (See Note #2, Part VIII) | | | | | Sold | 2003 | J | | |
| 50. -Exxon Mobil Corp. (this stock now held individually) | | | J | T | Partial Sale | 6/29 | J | | |
| 51. -Verizon Communications | | | | | Sold | 8/20 | J | A | |
| 52. -VF Corp. | | | | | Sold | 1/21 | J | | |
| 53. -Clear Channel Communications | | | | | Sold | 8/20 | J | A | |
| 54. -Eaton Co. | | | | | Sold | 8/20 | J | A | |

*This stock now held in Wachovia Long Term Growth II Diversified Management Account (Aggregate ownership arrangement, the assets of which are listed beginning at Page 8 of this Part VII).

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. -Wachovia Group | | | | | Sold | 8/20 | J | A | |
| 56. -E.M.C. Corp. | | | | | Sold | 8/20 | J | A | |
| 57. -Am. Int. Group | | | | | Sold | 8/20 | J | | |
| 58. -Motorola, Inc. | | | | | Sold | 8/20 | J | A | |
| 59. -CSX Corp. | | | | | Sold | 8/20 | J | A | |
| 60. -Comcast* | | | J | T | Part. Sale | 8/20 | J | A | |
| 61. -Gillette Co. | | | | | Sold | 8/20 | J | A | |
| 62. -Monsanto | | | | | Sold | 8/20 | J | A | |
| 63. -Newmont Mining | | | | | Sold | 8/20 | J | A | |
| 64. -Nike, Inc. | | | | | Sold | 8/20 | J | A | |
| 65. -Parker Hannifin Corp. (complete, not partial sale as previously reported) | | | | | Sold | 9/2 2003 | J | A | |
| 66. -Praxair, Inc. | | | | | Sold | 8/20 | J | A | |
| 67. -Schlumberger Ltd. | | | | | Sold | 8/20 | J | A | |
| 68. -Teradyne, Inc. | | | | | Sold | 8/20 | J | A | |
| 69. -Wyeth | | | | | Sold | 8/20 | J | | |
| 70. -Abbott Labs | | | | | Sold | 8/20 | J | | |
| 71. -Archer Daniels Midland | | | | | Sold | 8/20 | J | A | |
| 72. -BMC Software | | | | | Sold | 6/20 | J | | |

*This stock now held in Wachovia Long Term Growth II Diversified Management Account (Aggregate ownership arrangement, the assets of which are listed beginning at Page 8 of this Part VII).

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Suko, Lonny R | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount<br>Code 1<br>(A-H) | (2)<br><br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 73. -Du Pont | | | | | Sold | 8/20 | J | A | |
| 74. -General Mills | | | | | Sold | 8/20 | J | | |
| 75. -Kraft Foods | | | | | Sold | 8/20 | J | A | |
| 76. -Kellogg Co. | | | | | Sold | 8/20 | J | A | |
| 77. -Novartis* | | | J | T | | | | | |
| 78. -Newell Rubbermaid | | | | | Sold | 8/20 | J | | |
| 79. -Progress Energy, Inc. | | | | | Sold | 8/20 | J | | |
| 80. -Rohm & Haas | | | | | Sold | 8/20 | J | A | |
| 81. -Travelers PPTY Cas. | | | | | Sold | 8/20 | J | | |
| 82. -Tyco Int. Ltd.* | | | J | T | Part. Sale | 8/20 | J | A | |
| 83. Rittenhouse Fin. Svc. Balanced (See Note #1, Part VIII) | B | Interest/Div | | | | | | | |
| 84. -American Intl. Group, Inc. | | | | | Sold | 12/27 | J | | |
| 85. -Coca Cola Co. | | | | | Sold | 3/20 | J | | |
| 86. -Colgate Palmolive Co. | | | | | Sold | 8/20 | J | | |
| 87. -Fannie Mae | | | | | Sold | 1/29 | J | A | |
| 88. -General Electric (this stock now held individually) | | | J | T | | | | | |
| 89. -IBM | | | | | Sold | 8/20 | J | | |
| 90. -Medtronic, Inc. | | | | | Sold | 8/20 | J | A | |

*This stock now held in Wachovia Long Term Growth II Diversified Management Account (Aggregate ownership arrangement, the assets of which are listed beginning at Page 8 of this Part VII).

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. -Pfizer, Inc. | | | | | Sold | 8/20 | J | | |
| 92. -Texas Instruments, Inc. | | | | | Sold | 8/20 | J | | |
| 93. -Wal Mart Stores, Inc. | | | | | Sold | 8/20 | J | A | |
| 94. -Walgreen Company (See Note #1, Part VIII) * | | | J | T | | | | | |
| 95. -Amgen, Inc. (See Note #1, Part VIII) * | | | J | T | Part. Sale | 8/20 | J | | |
| 96. -Oracle Sys. Corp. | | | | | Sold | 8/20 | J | | |
| 97. -MBNA Corp. | | | | | Sold | 8/20 | J | | |
| 98. -Nokia Corp. | | | | | Sold | 6/22 | J | | |
| 99. -State Street Corp. | | | | | Sold | 6/23 | J | | |
| 100. -Target Corp. | | | | | Sold | 8/20 | J | A | |
| 101. -Pepsico, Inc. | | | | | Sold | 8/20 | J | A | |
| 102. -Sysco Corporation | | | | | Sold | 8/20 | J | A | |
| 103. -Johnson & Johnson | | | | | Sold | 8/20 | J | A | |
| 104. -Bed, Bath & Beyond | | | | | Sold | 8/20 | J | | |
| 105. -Cisco Systems, Inc. | | | J | T | Part. Sale | 1/29 | J | | |
| 106. -Dell Comp. (Sold in either 02 or 03; probable value below reporting limit; see Note 2, Part VIII) | | | | | Sold | 2002/ 2003 | J | | |
| 107. -First Data Corporation | | | | | Sold | 8/20 | J | A | |
| 108. -Lowe's Companies, Inc. | | | | | Sold | 8/20 | J | A | |

*This stock now held in Wachovia Long Term Growth II Diversified Management Account (Aggregate ownership arrangement, the assets of which a e listed beginning at Page 8 of this Part VII).

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. -Marsh & McLennan Cos. | | | | | Sold | 12/27 | J | | |
| 110. -Microsoft (See Note #1, Part VIII) | | | J | T | Buy | 8/23 | J | | |
| 111. -Proct. Gamble(Sold in either 02 or 03; probable value below reporting limit; see Note 2, Part VIII) | | | | | Sold | 2002/ 2003 | J | | |
| 112. -SLM Corp. | | | | | Sold | 5/4 | J | A | |
| 113. -3M Company | | | | | Sold | 8/20 | J | A | |
| 114. -United Parcel Svc.* | | | J | T | Partial Sale | 8/23 | J | A | |
| 115. -United Health Group, Inc. | | | | | Sold | 8/20 | J | A | |
| 116. -Stryker Corp. | | | | | Sold | 8/20 | J | A | |
| 117. -Morgan Stanley* | | | J | T | | | | | |
| 118. -Intel | | | | | Sold | 9/13 | J | | |
| 119. -Kohls Corp. Wise PV | | | | | Sold | 2/9 | J | | |
| 120. -Goldman Sachs | | | | | Sold | 5/3 | J | | |
| 121. -Gannett Co. | | | | | Sold | 8/23 | J | A | |
| 122. -Anheuser Busch | | | | | Sold | 8/20 | J | A | |
| 123. -Aflac* | | | J | T | | | | | |
| 124. Nuveen Asset Management (See Note #1, Part VIII) | D | Interest | | | | | | | |
| 125. -Allegmeny Co. (Bond) | A | Interest | | | Sale | 8/20 | K | A | |
| 126. -Delaware St. (Bond) | B | Interest | K | T | | | | | |

*This stock now held in Wachovia Long Term Growth II Diversified Management Account (Aggregate Ownership arrangement, the assets of which are listed beginning at Page 8 of this Part VII).

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Suko, Lonny R | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. -Washington St. Pub. Energy | B | Interest | K | T | | | | | |
| 128. -York County School District (Bond) | A | Interest | | | Sale | 3/30 | K | | |
| 129. -Illinois Health | A | Interest | | | Sale | 4/30 | J | | |
| 130. Northwestern Mutual Life Insurance Company | B | Div./Int. | K | T | | | | | |
| 131. Merrill Lynch Lg. Cap Growth | A | Dividend | J | T | | | | | |
| 132. Merrill Lynch Lg. Cap Value | A | Dividend | J | T | Part. Sale | 8/20 | J | | |
| 133. Calvert Inc. Fund | A | Dividend | J | T | | | | | |
| 134. Pimco Low Dur. (Mon. Mkt Funds)* | | | | | Buy | 5/23 2002 | K | | |
| 135. Pimco Low Dur. (Mon. Mkt funds transf. & inv. w/Wachovia)** | | | | | Sold | 7/8 | K | | |
| 136. Wachovia Long Term Growth II Div. Mngmt Acct. (See Note #3 , Part VIII) | C | Dividend | N | T | | | | | |
| 137. -Allied Irish Bks | | | J | T | Buy | 9/8 | J | | |
| 138. -Altria Group, Inc. | | | J | T | Buy | 8/23 | J | | |
| 139. -Amazon Com, Inc. | | | J | T | Buy | 8/23 | J | | |
| 140. -Amazon Com, Inc. | | | | | Sale | 12/27 | J | | |
| 141. -Applied Materials, Inc. | | | J | T | Buy | 8/23 | J | | |
| 142. -Baxter International, Inc. | | | | | Buy | 1/28 | J | | |
| 143. -Baxter International | | | | | Sale | 8/20 | J | | |
| 144. -Cardinal Health Inc. | | | | | Buy | 5/19 | J | | |

*Part of money market funds inadvertently omitted in prior filing(s).
**Money market proceeds transferred to Wachovia and reinvested in other listed assets in normal course of business.

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Suko, Lonny R | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. -Cardinal Health Inc. | | | | | Sale | 12/27 | J | | |
| 146. -Cigna Corp. | | | | | Buy | 6/21 | J | | |
| 147. -Cigna Corp. | | | | | Sale | 8/20 | J | | |
| 148. -Conocophillips | | | J | T | Buy | 8/23 | J | | |
| 149. -Cox Communications | | | | | Buy | 2/19 | J | | |
| 150. -Cox Communications | | | | | Sale | 8/20 | J | | |
| 151. -EOG Resources | | | J | T | Buy | 8/23 | J | | |
| 152. -Golden West Financial | | | J | T | Buy | 8/23 | J | | |
| 153. -HSBC Holdings PLC | | | J | T | Buy | 8/23 | J | | |
| 154. -Harley Davidson, Inc. | | | J | T | Buy | 8/23 | J | | |
| 155. -Heineken | | | | | Buy | 8/31 | J | | |
| 156. -Heineken | | | | | Sale | 9/13 | J | | |
| 157. -Kroger Company | | | | | Buy | 6/29 | J | | |
| 158. -Kroger Company | | | | | Sale | 8/20 | J | | |
| 159. -Lexmark Intl Group, Inc. | | | J | T | Buy | 8/23 | J | | |
| 160. -Eli Lilly & Co. | | | | | Buy | 5/03 | J | | |
| 161. -Eli Lilly & Co | | | | | Sale | 10/25 | J | | |
| 162. -Maxim Integrated Prods. | | | | | Buy | 8/23 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. -Maxim Integrated Prods. | | | | | Sale | 12/27 | J | | |
| 164. -Network Appliance, Inc. | | | J | T | Buy | 8/23 | J | | |
| 165. -Nortel Networks | | | | | Buy | 6/10 | J | | |
| 166. -Nortel Networks | | | | | Sale | 8/20 | J | | |
| 167. -Occidental Pete Corp. | | | J | T | Buy | 8/23 | J | | |
| 168. -Omnicom Group | | | | | Buy | 5/12 | J | | |
| 169. -Omnicom Group | | | | | Sale | 8/20 | J | | |
| 170. -Qualcomm, Inc. | | | J | T | Buy | 8/23 | J | | |
| 171. -Schwab Charles Corp New | | | | | Buy | 8/23 | J | | |
| 172. -Schwab Charles Corp New | | | | | Sale | 11/23 | J | A | |
| 173. -Solectron Corp. | | | | | Buy | 3/10 | J | | |
| 174. -Solectron Corp. | | | | | Sale | 8/20 | J | | |
| 175. -Symantec Corp. | | | J | T | Buy | 9/3 | J | | |
| 176. -United Technologies Corp. | | | | | Buy | 3/2 | J | | |
| 177. -United Technologies Corp. | | | | | Sale | 8/20 | J | A | |
| 178. -Xilinx, Inc. | | | J | T | Buy | 8/23 | J | | |
| 179. -Yahoo, Inc. | | | J | T | Buy | 8/23 | J | | |
| 180. -Aon, Corp. | | | J | T | Buy | 8/23 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. -American Express Co. | | | J | T | Buy | 8/23 | J | | |
| 182. -Apollo Group Inc. | | | J | T | Buy | 8/23 | J | | |
| 183. -Autozone, Inc. | | | J | T | Buy | 8/23 | J | | |
| 184. -AXA-ADR | | | J | T | Buy | 9/8 | J | | |
| 185. -BP PLC SPONS ADR | | | J | T | Buy | 8/23 | J | | |
| 186. -Barclays PLC ADR | | | J | T | Buy | 8/23 | J | | |
| 187. -Berkshire Hathaway | | | J | T | Buy | 8/23 | J | | |
| 188. -Block H & R, Inc. | | | J | T | Buy | 8/23 | J | | |
| 189. -Cadbury Schweppes | | | J | T | Buy | 8/31 | J | | |
| 190. -Canon, Inc. | | | J | T | Buy | 8/31 | J | | |
| 191. -Citigroup, Inc. | | | J | T | Buy | 8/23 | J | | |
| 192. -Costco Whsl Corp. | | | J | T | Buy | 8/23 | J | | |
| 193. -Commerce Bancorp, Inc. | | | J | T | Buy | 11/5 | J | | |
| 194. -Compagnie Financier | | | J | T | Buy | 8/31 | J | | |
| 195. -Credit Suisse Group | | | J | T | Buy | 9/8 | J | | |
| 196. -Danske Bank | | | J | T | Buy | 8/31 | J | | |
| 197. -Devon Energy Corp. | | | J | T | Buy | 8/23 | J | | |
| 198. -Diageo PLC | | | J | T | Buy | 8/23 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. -Ebay, Inc. | | | J | T | Buy | 8/23 | J | | |
| 200. -Electronic Arts, Inc. | | | J | T | Buy | 8/23 | J | | |
| 201. -Enel Societa Per Azioni | | | J | T | Buy | 12/7 | J | | |
| 202. -ENI S P A | | | J | T | Buy | 8/31 | J | | |
| 203. -Fifth Third Bancorp. | | | J | T | Buy | 8/23 | J | | |
| 204. -Genentech, Inc. | | | J | T | Buy | 8/23 | J | | |
| 205. -General Electric Company | | | J | T | Buy | 8/23 | J | | |
| 206. -Glaxosmithkline PLC-ADR | | | J | T | Buy | 9/8 | J | | |
| 207. -HCA, Inc. | | | J | T | Buy | 8/23 | J | | |
| 208. -Hershey Foods Corp. | | | J | T | Buy | 8/23 | J | | |
| 209. -Roche Holdings Ltd. ADR | | | J | T | Buy | 8/23 | J | | |
| 210. -Iron Mtn, Inc., PA | | | J | T | Buy | 11/22 | J | | |
| 211. -KAO Corp-Sponsored ADR | | | J | T | Buy | 9/8 | J | | |
| 212. -Lloyds TSB Group, PLC | | | J | T | Buy | 8/23 | J | | |
| 213. -Loews, Corp. | | | J | T | Buy | 8/23 | J | | |
| 214. -Microsoft, Corp. | | | J | T | Buy | 8/23 | J | | |
| 215. -Moody's Corp. | | | J | T | Buy | 8/23 | J | | |
| 216. -JPMorgan Chase & Co. | | | J | T | Buy | 8/23 | J | | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000       G = $100,001-$1,000,000       H1 = $1,000,001-$5,000,000       H2 = More than $5,000,000
2. Value Codes:       J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000       O = $500,001-$1,000,000       P1 = $1,000,001-$5,000,000       P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000       P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal       R = Cost (Real Estate Only)       S = Assessment       T = Cash/Market
   (See Column C2)       U = Book Value       V = Other       W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. -Nestle S A Reg Adr. | | | J | T | Buy | 8/23 | J | | |
| 218. -Nokia Corp. Sponsored ADR | | | J | T | Buy | 9/8 | J | | |
| 219. -Nomura Holdings, Inc. | | | J | T | Buy | 8/23 | J | | |
| 220. -Pixar | | | J | T | Buy | 8/23 | J | | |
| 221. -Progressive Corp. Ohio | | | J | T | Buy | 8/23 | J | | |
| 222. -Royal Dutch Pete Co. | | | J | T | Buy | 8/31 | J | | |
| 223. -San Paolo-IMI SPA | | | J | T | Buy | 8/31 | J | | |
| 224. -SANOFI-AVENTIS ADR | | | J | T | Buy | 10/6 | J | | |
| 225. -Schering AG-ADR | | | J | T | Buy | 9/8 | J | | |
| 226. -Sealed Air Corp. New | | | J | T | Buy | 8/23 | J | | |
| 227. -Societe Gen. Fr. Spon. ADR. | | | J | T | Buy | 9/8 | J | | |
| 228. -Siemens A G - ADR | | | J | T | Buy | 8/31 | J | | |
| 229. -Starbucks Corp. | | | J | T | Buy | 8/23 | J | | |
| 230. -Swiss Reins Co. | | | J | T | Buy | 8/23 | J | | |
| 231. -Tesco PLC | | | J | T | Buy | 8/31 | J | | |
| 232. -Total S.A. Spons. ADR | | | J | T | Buy | 8/23 | J | | |
| 233. -Transatlantic Hldgs, Inc. | | | J | T | Buy | 8/23 | J | | |
| 234. -Tyco Intl. Ltd. New * | | | J | T | Buy | 8/23 | J | | |

*2003 report of sale of this stock (#100) should have been "partial" only. Portion of stock retained and placed in individual holding. Addt'l purchase shown held in managed account.

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. -UBS AG-REG | | | J | T | Buy | 9/8 | J | | |
| 236. -Unilever PLC Spons. ADR F | | | J | T | Buy | 8/31 | J | | |
| 237. -Vodafone Group Spons ADR | | | J | T | Buy | 8/23 | J | | |
| 238. -Vulcan Materials Co. | | | J | T | Buy | 8/23 | J | | |
| 239. -XM Satellite Radio | | | J | T | Buy | 8/23 | J | | |
| 240. Calvert Fd. Incm. Port-A | | | J | T | | | | | |
| 241. General Electric Co.* | | | J | T | Buy | 6/19 2001 | J | | |
| 242. J.P. Morgan Chase 7%CAP X* | A | Interest | J | T | Buy | 1/25 2002 | J | | |
| 243. Solectron Corp. | | | J | T | Buy | 3/04 | J | | |
| 244. CA St Econ 5% 7/1/2010 | A | Interest | J | T | Buy | 5/04 | J | | |
| 245. Delaware 5.25% 4/1/2009 | A | Interest | K | T | | | | | |
| 246. FHLMC 5.75% 4/15/08* | A | Interset | J | T | Buy | 12/18 2002 | J | | |
| 247. Tenn VY 5.375% 11/13/08 | A | Interest | J | T | Buy | 5/04 | J | | |
| 248. U S Treas 4.625% 05/15/06* | A | Interest | J | T | Buy | 10/01 2003 | J | | |
| 249. Washington St. 6.00%09*** | A | Interest | K | T | Buy | 7/30 2001 | K | | |
| 250. Wachovia Fund Source (IRA #1) (See Note #3 Part VIII) | B | Int/Dividend | L | T | | | | | |
| 251. -Calamos Growth FD CL A | | | | | Buy | 8/13 | J | | |
| 252. -Causeway Intl. Value-Ins. | | | | | Buy | 8/13 | J | | |

*Inadvertently omitted in prior report(s).
**Held in aggregate ownership account prior to 8/04.

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. -Century Sm. Cap. Sel. Instl. | | | | | Buy | 8/13 | J | | |
| 254. -FMI Focus Fund | | | | | Buy | 8/13 | J | | |
| 255. -GS Finl. Sq. Mmket. Instl. | | | | | Buy | 8/13 | J | | |
| 256. -Hotchkis & Wiley MD CP-1 | | | | | Buy | 8/13 | J | | |
| 257. -Julius Baer Intl. Eq. Cl. I | | | | | Buy | 8/13 | J | | |
| 258. -Kinetics Sm. Cap. Opptys | | | | | Buy | 8/13 | J | | |
| 259. -Legg Mason Value Trust | | | | | Buy | 8/13 | J | | |
| 260. -Royce Total Return Fd. | | | | | Buy | 8/13 | J | | |
| 261. -TCW Galileo Sel Eqtys-1 | | | | | Buy | 8/13 | J | | |
| 262. -TCW Galileo Vlu Opp. FD 1 | | | | | Buy | 8/13 | J | | |
| 263. -Torray Institutional FD | | | | | Buy | 8/13 | J | | |
| 264. -Vanguard/Windsor II | | | | | Buy | 8/13 | J | | |
| 265. Wachovia Fund Source (IRA #2) (See Note 3, Part VIII) | B | Int/Dividend | L | T | | | | | |
| 266. -Calamos Groth Fd Cl A | | | | | Buy | 8/5 | J | | |
| 267. -Causeway Intl Value-INS | | | | | Buy | 8/5 | J | | |
| 268. -Century Sm. Cap. Sel. Instl. | | | | | Buy | 8/5 | J | | |
| 269. -FMI Focus Fund | | | | | Buy | 8/5 | J | | |
| 270. -GS Finl. Sq. Mmket. Instl. | | | | | Buy | 8/5 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Suko, Lonny R | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. -Hotchkis & Wiley Md CP-1 | | | | | Buy | 8/5 | J | | |
| 272. -Julius Baer Intl. Eq. Cl -1 | | | | | Buy | 8/5 | J | | |
| 273. -Kinetics Sm. Cap. Opptys. | | | | | Buy | 8/5 | J | | |
| 274. -Legg Mason Value Trust | | | | | Buy | 8/5 | J | | |
| 275. -Royce Total Return FD | | | | | Buy | 8/5 | J | | |
| 276. -TCW Galileo Sel Eqtys-1 | | | | | Buy | 8/5 | J | | |
| 277. -TCW Galileo Vlu Opp. FD 1 | | | | | Buy | 8/5 | J | | |
| 278. -Torray institutional Fd | | | | | Buy | 8/5 | J | | |
| 279. -Vanguard/Windsor II | | | | | Buy | 8/5 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2, | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Suko, Lonny R | 4/25/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

American Bar Retirement Association Master Profit Sharing Plan (amending and continuing pre-existing plan) affiliated with Lyon Law offices (common-fund--no control over assets belonging to other participants).  Asset listed at line 3 of Part VII.

Note 1:  Assets in this Aggregate Ownership Arrangement were transferred to Wachovia Securities in approximately August, 2004.  Sales of securities in this account which occurred incident to transfer and reinvestment with Wachovia are shown along with securities which were retained and transferred to Wachovia.  Purchases of securities and assets acquired following the transfer to Wachovia are set forth beginning at page 8.

Note 2:  Sale of this asset believed to have occurred in 2002/2003.  Total combined value of all assets referencing this note 2 would not exceed value code J and income code B.

Note 3:  Aggregate Ownership Account.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Suko, Lonny R | 4/25/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  Date _4/27/05_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544